UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Case No. |
| v. | ) | 12-cr-65-JMH |
| | ) | |
| PETRICA OCTAVIAN STOIAN, | ) | |
| | ) | |
| Defendant. | ) | **MEMORANDUM OPINION & ORDER** |

\*\*\*

Defendant has sent to the Court a Motion for Sentence Clarification as to Time Served in Hungary, in which he asks the Court to order the Bureau of Prisons to give him credit for time served in Hungary while awaiting extradition. This Court does not have jurisdiction to consider his request as he seeks relief from the execution of his federal sentence and not the imposition of his sentence. *See* 18 U.S.C. § 3582 (providing that court determines whether to impose a term of imprisonment and the length of the term); 18 U.S.C. § 3585(b) and (c) (describing credit for prior custody); *United States v. Singh*, 52 F. App'x 711, 712 (6th Cir. 2002) ("for it is the Attorney General, not the court, who has the authority to calculate sentence credits for time served before sentencing") (citing *United States v. Wilson,* 503 U.S. 329, 333 (1992); *McClain v. Bureau of Prisons,*

9 F.3d 503, 504 (6th Cir. 1993)). Jurisdiction to hear an appropriately filed action lies in the district of confinement. *See* 28 U.S.C. § 2241(a); *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 495 (1973) (holding that writ must be sought in district where defendant is confined because "court issuing the writ [must] have jurisdiction over the custodian"); *see also* 18 U.S.C. § 3621 (providing that Bureau of Prisons shall have custody of person sentenced until such time as the expiration of the term imposed).

Accordingly, **IT IS ORDERED**:

(1) That the Clerk shall file Defendant Stoian's Motion for Sentence Clarification as to Time Served in Hungary in the record of this matter and

(2) that Defendant Stoian's Motion for Sentence Clarification as to Time Served in Hungary is **DENIED WITHOUT PREJUDICE** to its filing at the appropriate time and before the appropriate court.

This the 21st day of April, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge